UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Loucinda Erickson, Trustee for the heirs and next of kin of Jeffrey D. Erickson, deceased, | Civil No. 0:05-cv-01690-MJD-SRN |
| Plaintiff, | |
| v. | |
| The Hertz Corporation, a Delaware corporation, | |
| Defendant. | |

---

| | |
|---|---|
| Kyle D. Erickson, | Civil No. 0:05-cv-01691-MJD-SRN |
| Plaintiff, | |
| v. | |
| The Hertz Corporation, a Delaware corporation, | |
| Defendant. | |

---

## *ORDER FOR DISMISSAL*

---

Pursuant to the Stipulation of the parties, the above-entitled action is hereby dismissed with prejudice and without costs to any party and judgment may be entered accordingly forthwith.

Dated: September 25, 2006

BY THE COURT:

s / Michael J. Davis
Michael J. Davis
Judge of U.S. District Court